# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA J. ZEMLOCK, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES LLC, et al., )<br>)<br>Defendants. | 2:21-cv-247<br><br>**CASE PARTICIPANTS ONLY** |

## IMPORTANT NOTICE REGARDING TELEPHONE PROCEEDINGS

All telephonic proceedings will be held via an AT&T dial-in number listed below. Each Scheduling Order will list the date at time and instruct you to refer to this document for the phone number and access code. When you call the dial-in number, you will be instructed to press pound (#). Then, you will enter the access code, followed by another pound (#). At the tone, please speak your name clearly.

### Dial-in Number
**Phone number: (888)-363-4749**
**Access Code: 6743157**

s/ J. Nicholas Ranjan
J. Nicholas Ranjan
United States District Judge